# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| LEVETTE DAVIS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:25-CV-0430-S-BW |
| | § | |
| GOODWILL INDUSTRIES OF DALLAS | § § § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Defendant's Renewed Motion to Dismiss for Failure to State a Claim [ECF No. 10].

Plaintiff may file an amended complaint no later than **September 23, 2025**. If Plaintiff does not file an amended complaint by this date, the Court will enter judgment dismissing her claims with prejudice.

**SO ORDERED.**

SIGNED August 26, 2025.

_____
UNITED STATES DISTRICT JUDGE